IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY AND AMALGAMATED TRANSIT UNION LOCAL 725 EMPLOYEES' CONTRIBUTORY RETIREMENT PLAN and its Retirement Allowance Committee Members WILLIAM COPLING, EDGAR L. ADDIE, WILLIAM E. PETERSON, and RICHARD NARDECCHIA, <br><br> Plaintiffs, <br><br> VS. <br><br> DAVID J. BOATRIGHT, <br><br> Defendant. | RECEIVED <br> IN CLERK'S OFFICE <br> MAY 2 6 2009 <br> U.S. DISTRICT COURT <br> MID. DIST. TENN. <br><br> CIVIL ACTION NO. CV-03-09-0304 |

## AMENDED MOTION FOR ADMISSION TO PRACTICE IN A PARTICULAR CASE

COMES NOW the undersigned, James M. Wooten, as counsel for the Plaintiff in the above-styled action, David Boatright, and hereby respectfully moves this Honorable Court for permission to appear in this action as counsel of record for the Defendant pursuant to Local Rule 83.01(d)(1). Counsel for the Plaintiff further shows that he is admitted and entitled to practice in the Northern District of Alabama. A Certificate of Good Standing has previously been submitted to the clerk of the court as has the filing fee of $75.00.

I declare under penalty of perjury that the foregoing is true and correct, executed on May 22nd, 2009

ORDER
Motion GRANTED.
Mr. Wooten is admitted
as counsel for defendant.

*s/ John S. Bryant*

U.S. Magistrate Judge

1