IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY AND AMALGAMATED TRANSIT UNION LOCAL 725 EMPLOYEES' CONTRIBUTORY RETIREMENT PLAN, et al. | ) ) ) ) NO. 3:09-0304 ) JUDGE CAMPBELL ) |
| v. | ) ) |
| DAVID J. BOATWRIGHT | ) |

ORDER

Pending before the Court is Plaintiffs' Motion to Place Exhibits under Seal (Docket No. 151). The Motion is GRANTED, and exhibits 150-1, 150-2, and 150-3 shall be filed under seal.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE