IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY AND AMALGAMATED TRANSIT UNION LOCAL 725 EMPLOYEES' CONTRIUTORY RETIREMENT PLAN, et al. | ) ) ) ) NO. 3:09-0304 ) JUDGE CAMPBELL |
| v. | ) ) ) |
| DAVID J. BOATWRIGHT | ) |

ORDER

Pending before the Court, among other things, are Plaintiffs' Motion for Summary Judgment (Docket No 148), Plaintiffs' Motion for an Order of Voluntary Dismissal (Docket No. 159), and Defendant's Motion in Limine (Docket No. 113).

Plaintiffs have failed to file a Statement of Undisputed Facts as required by Local Rule 56.01(b). Plaintiffs shall file the required Statement on or before May 7, 2010, or their Motion for Summary Judgment (Docket No. 148) shall be denied.

In addition, Plaintiffs have failed to file a timely response to Defendant's Statement of Undisputed Facts (Docket No. 140), as required by Local Rule 56.01(c). Plaintiffs shall file the required response by May 7, 2010, or the facts in Defendant's Statement of Undisputed Facts shall be deemed admitted. Local Rule 56.01(g).

Defendant shall file a Response to Plaintiffs' Motion for an Order of Voluntary Dismissal (Docket No. 159) by May 7, 2010.

Plaintiffs have filed no Response to Defendant's Motion in Limine (Docket No. 113). Failure to respond to a Motion indicates that there is no opposition thereto. Local Rule 7.01(b). Therefore Defendant's Motion in Limine (Docket No. 113) is GRANTED, as unopposed.

IT IS SO ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE