IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY AND AMALGAMATED TRANSIT UNION LOCAL 725 EMPLOYEES' CONTRIUTORY RETIREMENT PLAN, et al. | ) ) ) ) NO. 3:09-0304 ) JUDGE CAMPBELL ) |
| v. | ) ) |
| DAVID J. BOATWRIGHT | ) |

ORDER

Pending before the Court are: Defendant's Motion for Summary Judgment (Docket No. 138) and Plaintiffs' Motion for Summary Judgment (Docket No. 148). For the reasons stated in the accompanying Memorandum, both Motions are DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE