IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


BIRMINGHAM-JEFFERSON COUNTY )
TRANSIT AUTHORITY AND )
AMALGAMATED TRANSIT UNION )
LOCAL 725 EMPLOYEES' CONTRI- ) NO.  3:09-0304
UTORY RETIREMENT PLAN, et al. ) JUDGE CAMPBELL
)
v. )
)
DAVID J. BOATWRIGHT )


ORDER

Pending before the Court is Plaintiffs' Motion (Docket No. 207) to approve the absence of

Plaintiffs Copling, Addie and Petersen from the trial of this action on July 27, 2010.  Defendant shall

file a Response to the Motion by July 12, 2010.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE