IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY AND AMALGAMATED TRANSIT UNION LOCAL 725 EMPLOYEES' CONTRIUTORY RETIREMENT PLAN, et al. | ) ) ) ) NO. 3:09-0304 ) JUDGE CAMPBELL ) |
| v. | ) ) |
| DAVID J. BOATWRIGHT | ) |

ORDER

Pending before the Court is Plaintiffs' Motion to Change Date of Trial (Docket No. 220). The Motion is GRANTED.

The bench trial of this action, currently set for March 15, 2011, is CONTINUED until Tuesday, April 5, 2011, beginning at 9:00 a.m. The pretrial conference remains set for March 7, 2011, at 9:00 a.m. and all other pretrial deadlines remain the same. *See* Docket No. 214.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE