IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BIRMINGHAM-JEFFERSON COUNTY TRANSIT AUTHORITY AND AMALGAMATED TRANSIT UNION LOCAL 725 EMPLOYEES' CONTRIBUTORY RETIREMENT PLAN, et al. | ) ) ) ) NO. 3:09-0304 ) JUDGE CAMPBELL ) ) |
| v. | ) ) |
| DAVID J. BOATWRIGHT | ) |

ORDER

Pending before the Court is Defendant's Motion for Subpoena Forms from the Clerk (Docket No. 226). The Motion is taken under advisement and will be discussed at the pretrial conference on March 7, 2011. Plaintiff is advised that the subpoena power of the Court is limited pursuant to Fed. R. Civ. P. 45(b)(2), and an attempt to subpoena opposing counsel raises issues of conflict and attorney-client privilege. All these issues will be discussed at the pretrial conference.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE