```
                       UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF TENNESSEE
                             NASHVILLE DIVISION


BIRMINGHAM-JEFFERSON COUNTY          )
TRANSIT AUTHORITY AND                )
AMALGAMATED TRANSIT UNION            )
LOCAL 725 EMPLOYEES'                 )
CONTRIBUTORY RETIREMENT              )   NO. 3:09-0304
PLAN, et al.,                        )   JUDGE CAMPBELL
                                     )
        Plaintiffs,                  )
                                     )
             v.                      )
                                     )
DAVID J. BOATWRIGHT,                 )
                                     )
        Defendant.                   )
```

**O R D E R**

This case is set to begin trial on April 5, 2011, at 9:00 a.m., with a pretrial conference to be held on March 7, 2011, at 9:00 a.m. before the District Judge. It appears that all deadlines have now passed in this matter. Therefore, the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

*s/ John S. Bryant*
_____
JOHN S. BRYANT
United States Magistrate Judge