IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BIRMINGHAM-JEFFERSON COUNTY )
TRANSIT AUTHORITY AND )
AMALGAMATED TRANSIT UNION )
LOCAL 725 EMPLOYEES' ) NO. 3:09-0304
CONTRIBUTORY RETIREMENT ) JUDGE CAMPBELL
PLAN, et al. )
)
v. )
)
DAVID J. BOATWRIGHT )

ORDER

This matter is set for a bench trial on April 5, 2011. Defendant Boatwright has filed two Notices to the Court (Docket Nos. 248 and 249) opposing certain of Plaintiffs' proposed trial exhibits as not having been produced in discovery.

The parties shall each produce or make available to the other, on or before April 1, 2011, copies of all exhibits which they plan to use at trial. The parties shall raise any objections to exhibits at the time such exhibits are introduced at trial.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE