IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BIRMINGHAM-JEFFERSON COUNTY )
TRANSIT AUTHORITY AND )
AMALGAMATED TRANSIT UNION )
LOCAL 725 EMPLOYEES' CONTRI- ) NO. 3:09-0304
BUTORY RETIREMENT PLAN, et al. ) JUDGE CAMPBELL
)
v. )
)
DAVID J. BOATRIGHT )

ORDER

The Court held a bench trial in this matter on April 5th and 6th, 2011. For the reasons stated from the bench pursuant to Fed. R. Civ. P. 52, Plaintiffs shall have judgment against Defendant for breach of contract in the amount of $72,271.25. Defendant shall have judgment against the Plaintiffs for breach of contract in the amount of $10,972.74. The net result is judgment shall be entered for the Plaintiffs against the Defendant in the amount of $61,298.51.

The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE