IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JUDGMENT IN A CIVIL CASE

Birmingham-Jefferson Cty Transit Authority )
and Amalgamated Transit Union Local 725 )
Employees' Contributory Retirement Plan, )
et al. )
                                                                                 CASE: #3:09-0304
                                                                                 Judge Todd J. Campbell
v.

David Boatright

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court rendered a judgment against the defendant for breach of contract in the amount of $72,271.25 and judgment against the plaintiffs for breach of contract in the amount of $10,972.74. The net result is judgment entered against the defendant in the amount of $61,298.51.

.

                                                                              KEITH THROCKMORTON, CLERK

                                                                              *Doris E. Bush* (signature)

APRIL 6, 2011                                            BY: DORIS E. BUSH
                                                                               DEPUTY CLERK